# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD FELIX BIAUCE, JR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| JACKIE JONES | : | NO. 08-4841 |
| Defendant. | : | |

## ORDER

AND NOW, this 27th day of July, 2010, upon careful consideration of Defendant Jacqueline ("Jackie") Jones's Motion for Summary Judgment (Docket No. 47), it is hereby ORDERED that the Motion is GRANTED, for the reasons stated in the foregoing Memorandum. The Clerk is directed to enter judgment in favor of Defendant and against Plaintiff, and to mark this case as closed.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J

A:\Biauce v. Jones- Order MSJ.wpd